# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Anne Rowe | Case No. 2:08-cv-00241-CNC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| AllianceOne Receivables Management, Inc. | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Jeffrey S. Hyslip*
    Jeffrey S. Hyslip
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    jsh@legalhelpers.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

AllianceOne Receivables Management, Inc.
c/o CT Corporation System
8040 Excelsior Drive, Suite 200
Madison, WI 53717

*/s/ Jeffrey Hyslip*